SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 05-08257-MMM(PJWx) | Date  February 13, 2006 |

Title · William Richert vs. Writers Guild of America, West Inc., et al

---

Present: The Honorable   **MARGARET M. MORROW**

| ANEL HUERTA | MARK SCHWEITZER |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Neville Johnson | Emma Lehehy<br>Glenn Rothner |

**Proceedings:**   SCHEDULING CONFERENCE

Scheduling conference is held and counsel are present.

Counsel are directed to meet and confer and hold a further Rule 26 meeting no later than February 27, 2006 and exchange information regarding plaintiff's membership with Writers Guild of America. The court sets a deadline of March 20, 2006 to amend the complaint. If no amended complaint is filed, the court will issue an Order to Show Cause re Jurisdiction.

The parties are ordered to a private mediator based upon a stipulation of the parties to be completed no later than April 20, 2006. (See Order/Referral to ADR Pilot Program).

After conferring with counsel, the Court schedules the following dates:

| | |
|---|---|
| Deadline to file motions/stipulations seeking amendment of pleadings: | March 20, 2006 |
| Further telephone status conference: | February 15, 2007 at 5:00 p.m. |
| Class Certification discovery cut-off: | June 30, 2006 |
| Filing Class Certification motion: | July 31, 2006 |
| Opposition to Class Certification: | August 28, 2006 |
| Reply to Class Certification: | September 11, 2006 |
| Hearing on Class Certification: | October 02, 2006 at 10:00 a.m. |
| Balance of discovery cut-off: | March 02, 2007 |
| (All discovery motions are to be filed sufficiently in advance of the discovery cut-off date that they may be heard on or before that date) | |
| Motions hearing cut-off: | April 07, 2007 at 10:00 a.m. |
| Pretrial Conference: | May 07, 2007 at 9:00 a.m. |
| **(Including motions in limine)** | |
| Jury Trial: | June 05, 2007 at 8:30 a.m. |



DOCKETED ON CM

FEB 15 2006

BY



      Plaintiffs' counsel is to initiate the call for the further telephone status conference through the telephone operator to include all counsel of record and chambers at **(213) 894-2957**. If there is any problem completing the call, counsel should contact the courtroom deputy, Anel Huerta, at (213) 894-7857.